UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                           Plaintiff,

                                                                    DECISION AND ORDER
                                                                    09-CR-6106L

                           v.

EUNIKO PRIDGEN,

                           Defendant.
_____

      Defendant's Motion (Dkt. #107) for reconsideration and resentencing is denied. This Court previously denied defendant's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) because defendant's Sentencing Guidelines were controlled by the quantity of heroin involved in the conspiracy as well as cocaine base. The changes in the Sentencing Guidelines for cocaine base would not affect this defendant.

      IT IS SO ORDERED.

                                             _____
                                                 DAVID G. LARIMER
                                            United States District Judge

Dated: Rochester, New York
        July 23, 2012.